# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00835-CR

Danny Edward Drummond, Appellant

v.

The State of Texas, Appellee

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT
### NO. 10-245-K26, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Danny Edward Drummond seeks to appeal a judgment of conviction for robbery. Pursuant to a plea bargain, he was sentenced as a habitual offender to thirty-five years in prison with credit for fifty-two days time served. An appeal by a defendant in a criminal case must be dismissed unless the record contains a certification that the defendant has the right of appeal. Tex. R. App. P. 25.2(d). The trial court has certified that: (1) this is a plea bargain case and Drummond has no right of appeal, and (2) Drummond waived the right of appeal. The appeal is dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Jeff Rose, Justice

Before Justices Puryear, Pemberton and Rose

Dismissed for Want of Jurisdiction

Filed: January 14, 2011

Do Not Publish